UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
STRUCTURED CAPITAL SOLUTIONS, LLC

          Plaintiff,

          v.                 15-CV-905 (JSF) (JLC)

COMMERZBANK, AG, NEW YORK BRANCH     **CERTIFICATE OF SERVICE**

          Defendant.
------------------------------------------------------------ x

      On February 6, 2015, I caused true and correct copies of the Notice of Removal and Civil Cover Sheet filed in the above-captioned actioned to be served on the party identified in the annexed Service List by U.S. mail.

Dated:      February 9, 2015
             New York, New York

                              Respectfully submitted,

                              /s/ C. William Phillips
                              _____

                              C. William Phillips

                              COVINGTON & BURLING LLP
                              The New York Times Building
                              620 Eighth Avenue
                              New York, NY 10018
                              Tel: (212) 841-1000
                              cphillips@cov.com

                              *Attorney for Defendant*

## SERVICE LIST

Felipe S. Bohnet-Gomez, Esq.
ZERBE, FINGERET, FRANK & JADAV, P.C.
350 Fifth Avenue, Suite 5200
New York, New York 10001
Tel: (202) 888-7006
**Counsel to Plaintiff**