UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

STRUCTURED CAPITAL SOLUTIONS, LLC    :    **15 CV 905**

            Plaintiff,    :

            v.    :    __-CV-__

COMMERZBANK, AG, NEW YORK BRANCH    :    **ECF Case**

            Defendant.    :

-------------------------------------------------------------- x

## DEFENDANT COMMERZBANK AG, NEW YORK BRANCH'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the District

and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for Defendant Commerzbank AG, New York Branch states as follows:

Defendant is an unincorporated branch of Commerzbank AG. Commerzbank AG is a

publicly traded company organized under the laws of Germany.

Dated: February 6, 2015
      New York, NY

Respectfully submitted,

COVINGTON & BURLING LLP

By: _____
    C. William Phillips

The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 841-1081
Fax: (646) 441-9081
cphillips@cov.com

*Counsel for Defendant*